In the Matter of FRED W. RAWE et al., Constituting the Erie County Board of Equalization, Petitioners, against STATE BOARD OF EQUALIZATION AND ASSESSMENT et al., Respondents.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.

### FOURTH DEPARTMENT, OCTOBER, 1955.
### (October 26, 1955.)

MARY G. RIGGS, Respondent, v. ARTHUR W. RIGGS, Appellant.— All concur. (Appeal from a judgment of Erie Equity Term for plaintiff in an action for a separation.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

WALTER F. KING, Respondent, v. CONTINENTAL CASUALTY COMPANY, Appellant.— All concur. (Appeal from a judgment of Monroe Trial Term for plaintiff in an action under an accident insurance policy. The order denied defendant's motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

MABEL C. RAPP et al., Respondents v. STATE OF NEW YORK, Appellant. (Claim No. 31184.) All concur. (Appeal from a judgment of the Court of Claims awarding claimants damages for appropriation of realty.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

In the Matter of MARIE R. SMITH, Appellant, against CLYDE W. MEREDITH, et al., Respondents.— All concur. (Appeal from an order of Erie Special Term, dismissing the petition in a proceeding to review a corporate election.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.